**Farmers State Bank of Burgess, appellee, v. Thompson Bradford et al., defendants. H. L. Howard, trustee, appellant. Gen. No. 7,844.**

Opinion filed August 8, 1928.

Stafford, Schoede & Stafford, for appellant. Walter L. Mannon, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

**In re petition for appointment of conservator for Henry King, by Anna King, petitioner, appellee, v. Henry King, respondent, appellant. Gen. No. 7,848.**

Opinion filed August 8, 1928.

Elmore A. Gripp and Andrew Olson, for appellant. Benjamin S. Bell and Francis C. King, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

**George D. Valentine and T. M. Downing, appellees, v. John Wesley Sharp and L. Cora Sharp, appellants. Gen. No. 7,850.**

Opinion filed August 8, 1928.

R. C. Hunt, for appellants. George V. Helfrich, for T. M. Downing, appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

**Paulina L. Efner, executrix of the estate of Eugene H. Efner, deceased, appellee, v. Chicago, Rock Island & Pacific Railway Company, appellant. Gen. No. 7,859.**

Opinion filed August 8, 1928. Rehearing denied January 28, 1929.

Woodward, Hibbs & Pool, for appellants; Daniel Taylor, of counsel. Paul D. Perona, A. E. Butters and Howard H. Bayne, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.